IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                 Plaintiff,<br>vs.<br><br>CODY A. CAPE,<br>                 Defendant. | 8:21-CR-11<br><br>ORDER |

This matter is before the Court for its review of the Magistrate Judge's Findings and Recommendation, Filing 59, denying Defendant's Motion to Suppress, Filing 38. Defendant timely filed an Objection to the Court's Findings and Recommendation, challenging the Magistrate Judge's ruling. Filing 60. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the Magistrate Judge's Findings and Recommendation. The Court concurs in the Magistrate Judge's factual findings and legal analysis. Accordingly,

IT IS ORDERED:

1. Defendant's Objection to the Court's Findings and Recommendation, Filing 60, is overruled;

2. The Magistrate Judge's Findings and Recommendation, Filing 59, is adopted;

3. Defendant's Motion to Suppress, Filing 38, is denied; and

4. The Clerk of Court is ordered to terminate the pending motions at Filing 38, Filing 59, Filing 60, and Filing 62.

Dated this 6th day of October, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge