FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 JUN 28 AM 11: 12
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY A. CAPE,<br><br>Defendant. | 8:21CR11<br><br>INFORMATION<br>18 U.S.C. § 115(a)(1)(B) and (b)(4)<br>18 U.S.C. § 924(c)(1)(A)(i) |

The United States Attorney charges:

## COUNT I

Beginning on or about November 1, 2020, through on or about December 25, 2020, in the District of Nebraska and elsewhere, the defendant, CODY A. CAPE, did threaten to murder VICTIM 1, a Federal Wildlife Officer with the United States Fish and Wildlife Service, with intent to retaliate against Victim 1 on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

## COUNT II

On or about December 24, 2020, through on or about December 25, 2020, in the District of Nebraska and elsewhere, the defendant, CODY A. CAPE, did knowingly use and carry a firearm, to wit: a Ruger .45 caliber revolver, during and in relation to a crime of violence for which defendant, CODY A. CAPE, may be prosecuted in a court of the United States, that is, interstate kidnapping in violation of Title 18, United States Code, Section 1201(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

UNITED STATES OF AMERICA,
Plaintiff

JAN W. SHARP
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Sean P. Lynch* (signature)
SEAN P. LYNCH, #23275
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: sean.lynch@usdoj.gov